THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK B. RUSSELL et al., Appellants.

*People* v. *Russell,* 67 App. Div. 620, appeal dismissed.
(Submitted May 6, 1902; decided May 20, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 20, 1902, which affirmed an order of Special Term denying a motion to vacate a summary judgment entered upon a forfeited recognizance.

*William G. Cooke* for appellants.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Appeal dismissed, with costs, on authority of *Van Arsdale* v. *King* (155 N. Y. 325); *People* v. *Clark* (168 N. Y. 676), and *People* v. *Baker* (168 N. Y. 677); no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.